FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 1 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

KAREN REEVES,

    Plaintiff,

vs.

CREDIT ONE BANK, N.A., a Nevada Corporation,

    Defendant.

Case No.: 3:17cv104-DPM

COMPLAINT AND DEMAND FOR JURY TRIAL

1. Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq.

(Unlawful Debt Collection Practices)

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Karen Reeves ("Plaintiff"), by and through her attorneys, alleges the following against Defendant Credit One Bank, N.A ("Credit One"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based upon the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. The TCPA is a federal statute that broadly regulates the use of automated telephone equipment. Among other things, the TCPA prohibits certain unsolicited marketing calls, restricts the use of automatic dialers or prerecorded messages, and delegates rulemaking authority to the Federal Communications Commission ("FCC").

### VENUE AND JURISDICTION

2. Jurisdiction of this court arises under 47 U.S.C. § 227 *et seq.* and 28 U.S.C. § 1331.

This case assigned to District Judge Marshall
and to Magistrate Judge Harris

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this District. Because Defendant availed itself here, personal jurisdiction is established.

## PARTIES

4. Plaintiff is a natural person residing in Greene County in the state of Arkansas.

5. Defendant is a debt collector with its principle place of business located at 585 Pilot Road, Las Vegas, Nevada 89119.

6. Defendant can be served through its agent National Registered Agents, Inc. of Nevada located at 701 South Carson Street, Suite 200, Carson City, Nevada 89701.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8. In or around September 6, 2016, in an attempt to collect on an alleged consumer account, Plaintiff began receiving calls to her cellular phone number (870) 476-8832.

9. Defendant called from (870) 376-7201; (870) 376-7202; (870) 376-7203; (800) 537-3302; and (888) 893-9519.

10. Upon information and belief these number are owned or operated by Defendant.

11. On or about September 6, 2016, at 3:58 p.m., Plaintiff received a call to her cellular telephone from (870) 376-7203 and spoke with a representative, at which point Plaintiff unequivocally revoked consent to be contacted any further.

12. Despite revoking consent, Defendant called Plaintiff approximately thirty-one times (31) between September 6, 2016 and September 21, 2016.

13. On multiple days, Defendant called Plaintiff three to four times a day.

14. On September 21, 2016, Defendant received phone calls at 8:48 a.m., 10:33 a.m., 7:33 p.m., and 8:38 p.m.

15. Each time Plaintiff spoke with a representative of Defendant, there was a brief pause prior to the representative responding.

16. Defendant willfully called Plaintiff on her cellular phone approximately thirty-one (31) times to annoy and harass Plaintiff in the hopes that they would induce Plaintiff pay the alleged debt.

17. During the time of the calls and through the date of this Complaint, Plaintiff has been taking her husband to doctor appointments. At time the incoming calls from Defendant interrupted Plaintiff's discussion with her husband's physicians regarding his health.

18. Due to the multiple and harassing calls, Plaintiff had difficulty concentrating and sleeping at night.

19. As a result of Defendant's conduct, Plaintiff has sustained actual damages including, but not limited to, embarrassment, emotional and mental pain and anguish.

## COUNT I

### (Violations of the TCPA, 47 U.S.C. § 227)

20. Defendant violated the TCPA. Defendant's violations include, but are not limited to the following:

    a. Within four years prior to the filing of this action, on multiple occasions, Defendant violated TCPA 47 U.S.C. § 227 (b)(1)(A)(iii) which states in pertinent part, "It shall be unlawful for any person within the United States . . . to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice — to any telephone number assigned to a . . . cellular telephone service . . . or any service for which the called party is charged for the call.

    b. Within four years prior to the filing of this action, on multiple occasions, Defendant willfully and/or knowingly contacted Plaintiff at Plaintiff's cellular telephone using an artificial prerecorded voice or an automatic telephone dialing system and as such, Defendant knowing and/or willfully violated the TCPA.

21. As a result of Defendant's violations of 47 U.S.C. § 227, Plaintiff is entitled to an award of five hundred dollars ($500.00) in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B). If the Court finds that Defendant knowingly and/or willfully violated the TCPA, Plaintiff is entitled to an award of

one thousand five hundred dollars ($1,500.00), for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

22. Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

## PRAYER OF RELIEF

**WHEREFORE**, Plaintiff Karen Reeves respectfully requests judgment be entered against Defendant Credit One Bank, N.A. for the following:

A. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

B. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B) and 47 U.S.C. § (b)(3)(C);

F. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: April 24, 2017     By: _____
David A. Chami, Esq. (SBN 027585)
Price Law Group, APC
david@pricelawgroup.com
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
Attorneys for Plaintiff
Karen Reeves