# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KAREN REEVES**                                                                          PLAINTIFF

v.                                           No. 3:17-cv-104-DPM

**CREDIT ONE BANK NA,**
a Nevada corporation                                                                     DEFENDANT

## ORDER

Joint stipulation, № 7, noted and appreciated. This case is referred to arbitration, stayed, and administratively terminated. Any party may move to reopen, if need be, when arbitration concludes. Joint status report due by 26 January 2018, and every six months thereafter until arbitration is concluded.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017