# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KAREN REEVES**                                                      **PLAINTIFF**

v.                      No. 3:17-cv-104-DPM

**CREDIT ONE BANK, N.A.,**
a Nevada Corporation                                  **DEFENDANT**

## JUDGMENT

Reeves's complaint is dismissed without prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2020